# In the United States Court of Federal Claims

No. 20-1089

(Filed: February 8, 2021)

|  |  |
|---|---|
| **CLAUDE PHILLIP VINCENT &** <br> **PHILLIP VINCENT,** <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Pending before the court is plaintiffs' motion to withdraw their complaint. *See* ECF No. 32. Plaintiffs represent that "declining health and unforeseen circumstances" have led them to file this motion.

For good cause shown, plaintiffs' motion is GRANTED, and this case is DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Rules of the Court of Federal Claims. The clerk shall enter judgment accordingly. Each party shall bear its own costs.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge